ADAMS LAUNDRY MACHINERY CO. v. PRUNIER.

(Supreme Court, Appellate Division, Third Department.    January 4, 1911.)

VENUE (§ 45*)—CHANGE—GROUNDS.

> Where all the transactions out of which an action arose took place in another county, and all the material witnesses reside there, a motion to change the place of trial to that county should have been granted.

> [Ed. Note.—For other cases, see Venue, Cent. Dig. § 67; Dec. Dig. § 45.*]

Appeal from Special Term, Rensselaer County.

Action by the Adams Laundry Machinery Company against Joseph H. Prunier. From an order denying defendant's motion to change the place of trial, he appeals. Reversed, and motion granted.

Argued before SMITH, P. J., and KELLOGG, COCHRANE, SEWELL, and HOUGHTON, JJ.

William W. Morrill, for appellant.

Fryer & Lewis (Edgar T. Brackett, of counsel), for respondent.

PER CURIAM. It is conceded that all the transactions out of which this action arose took place in the county of Schenectady. So far as

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

the motion papers disclose, this fact is supplemented by the residence in the county of Schenectady of all the material witnesses. The place of trial should have been changed to that county.

- The order appealed from should be reversed, with $10 costs and disbursements, and the motion granted.